FILED IN OPEN COURT

ON 6/7/16 SLT

Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-80-1FL

UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :
BRAULIO CIRIACO-SANTOS            :


## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, BRAULIO CIRIACO-SANTOS, on February 18, 2016 to violations of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: a Hi-Point pistol, .40 caliber, semiautomatic, model 40 S&W, serial number 118707, and a Western Auto rifle, .22 caliber LR, semiautomatic, containing no serial number, and any and all accompanying ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the Guilty Plea as to the defendant BRAULIO CIRIACO-SANTOS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed

1

by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim.
P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.   That upon sentencing and issuance of the Judgment and
Commitment Order, the Clerk of Court is directed to incorporate a
reference to this Order of Forfeiture in the applicable section of
the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to
all counsel of record.

SO ORDERED.   This 7ᵗ day of _____, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge

2